# EXHIBIT B



**Volusia County Property Appraiser**
123 W. Indiana Ave., Rm. 102

## Property Summary

**Alternate Key:**
**Parcel ID:**
**Township-Range-Section:** 15 - 33 - 38
**Subdivision-Block-Lot:** 0 - 11 - 0090
**Owner(s):** LAD TRUST HOLDINGS LLC - TIC - Tenancy in Common - 90%
HERMAN JASON - TIC   Tenancy   Co     o    10%
ing
549 MULBERRY ST
DAYTONA BEACH FL 32114
**Physical Address:** MADISON AVE, DAYTONA BEACH 32114
**Building Count:** 0
**Neighborhood:** 7213 - DAYTONA BEACH- S OF MASON AV
**Subdivision Name:**
**Property Use:** 1000 - VACANT COMM
**Tax District:** 204-DAYTONA BEACH
**2024 Final Millage Rate:** 18.1345
**Homestead Property:** No
**Agriculture Classification:** No
**Short Description:** 38-15-33 W 129 FT OF E 174 FT OF N 50FT OF S 150 FT OF LOT 8
BLK 11 KINGSTON MB 15 PG 194 PER OR 2405 PG 1983 & OR 5389
PG 3139 PER OR 8437 PG 3579 PER OR 8440 PG 1902 PER OR 8458

## Property Values

| Tax Year: | 2025 Working | 2024 Final | 2023 Final |
|---|---|---|---|
| Valuation Method: | 1-Market Oriented Cost | 1-Market Oriented Cost | 1-Market Oriented Cost |
| Improvement Value: | $0 | $0 | $0 |
| Land Value: | $17,415 | $17,415 | $16,448 |
| Just/Market Value: | $17,415 | $17,415 | $16,448 |

## Working Tax Roll Values by Taxing Authority

**Values shown below are the 2025 WORKING TAX ROLL VALUES that are subject to change until certified. Mi lag Rates below that are used in the calculation of the Estimated Taxes are the 2024 FINAL MILLAGE RATES.** The Just/Market listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | | Just/Market Value | Assessed Value | Ex/10CAP | Taxable Value | Millage Rate | Estimated Taxes |
|---|---|---|---|---|---|---|---|
| 0017 | CAPITAL IMPROVEMENT | $17,415 | $17,415 | $0 | $17,415 | 1.5000 | $26.12 |
| 0012 | DISCRETIONARY | $17,415 | $17,415 | $0 | $17,415 | 0.7480 | $13.03 |
| 0011 | REQ LOCAL EFFORT | $17,415 | $17,415 | $0 | $17,415 | 3.0370 | $52.89 |
| 0050 | GENERAL FUND | $17,415 | $17,415 | $0 | $17,415 | 3.2007 | $55.74 |
| 0053 | LAW ENFORCEMENT FUND | $17,415 | $17,415 | $0 | $17,415 | 1.5994 | $27.85 |
| 0055 | LIBRARY | $17,415 | $17,415 | $0 | $17,415 | 0.3891 | $6.78 |
| 0520 | MOSQUITO CONTROL | $17,415 | $17,415 | $0 | $17,415 | 0.1647 | $2.87 |
| 0530 | PONCE INLET PORT AUTHORITY | $17,415 | $17,415 | $0 | $17,415 | 0.0692 | $1.21 |
| 0058 | VOLUSIA ECHO | $17,415 | $17,415 | $0 | $17,415 | 0.2000 | $3.48 |
| 0057 | VOLUSIA FOREVER | $17,415 | $17,415 | $0 | $17,415 | 0.2000 | $3.48 |
| 0065 | FLORIDA INLAND NAVIGATION DISTRICT | $17,415 | $17,415 | $0 | $17,415 | 0.0288 | $0.50 |
| 0100 | HALIFAX HOSPITAL AUTHORITY | $17,415 | $17,415 | $0 | $17,415 | 0.7309 | $12.73 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0060 | ST JOHN'S WATER MANAGEMENT DISTRICT | $17,415 | $17,415 | $0 | $17,415 | 0.1793 | $3.12 |
| 0210 | DAYTONA BEACH | $17,415 | $17,415 | $0 | $17,415 | 5.9300 | $103.27 |
| 0211 | DAYTONA BEACH I&S 2004 | $17,415 | $17,415 | $0 | $17,415 | 0.1574 | $2.74 |
| | | | | | | 18.1345 | $315.81 |

### Non-Ad Valorem Assessments

| Project | #Units | Rate | Amount |
|---|---|---|---|

| | |
|---|---|
| Estimated Ad Valorem Tax: | $315.81 |
| Estimated Non-Ad Valorem Tax: | $0.00 |
| **Estimated Taxes:** | **$315.81** |
| Estimated Tax Amount without SOH/10CAP | $315.81 |

**Where your tax dollars are going:**



- School 29.5%
- County 31.4%
- Other
- Municipality 33.9%

### Previous Years Certified Tax Roll Values

| | Land Value | Impr Value | Just Value | | County Exemptions | nty | ing |
|---|---|---|---|---|---|---|---|
| 2024 | $17,415 | $0 | $17,415 | $17,415 | $0 | $17,415 | $0 |
| 2023 | $16,448 | $0 | $16,448 | $16,448 | $0 | $16,448 | $0 |
| 2022 | $15,803 | $0 | $15,803 | $15,803 | $0 | $15,803 | $0 |
| 2021 | $14,513 | $0 | $14,513 | $14,513 | $0 | $14,513 | $0 |
| 2020 | $14,513 | $0 | $14,513 | $14,513 | $0 | $14,513 | $0 |
| 2019 | $14,513 | $0 | $14,513 | $14,513 | $0 | $14,513 | $0 |

### Land Data

| Land Use | Ag | Type | Units | Acres | Sq Feet | FF | Depth | Rate | Just Value |
|---|---|---|---|---|---|---|---|---|---|
| 1000-VACANT COMMERCIAL | | S-SQUARE FEET | | | 6,450 | | | .70 | $ 7, 15 |
| | | | | | | | Total Land Value: | | $17,415 |

### Miscellaneous Improvement(s)

| Type | Year | Area | Units | L x W | Depreciated Value |
|---|---|---|---|---|---|
| | | | Total Miscellaneous Value: | | $0 |

### Sales History

NOTE: This section is not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description and/or recorded and indexed it  he Cle k of the Court

| Book/Page | Instrument No. | Sale Date | Deed Type | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|---|
| 8458 / 0240 | 2023185590 | 09/07/2023 | QC-QUIT CLAIM DEED | MULTI-PARCEL | VACANT | $71,000 |
| 8440 / 1902 | 2023156282 | 07/26/2023 | WD-WARRANTY DEED | MULTI-PARCEL | VACANT | $490,000 |
| 8437 / 3579 | 2023151907 | 07/21/2023 | WD-WARRANTY DEED | MULTI-PARCEL | VACANT | $40,000 |
| 5389 / 3139 | 2004215407 | 08/20/2004 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $195,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4031 / 3067 | T995125059 | 07/15/1995 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $100 |
| 2405 / 1983 | | 12/15/1982 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $55,000 |

## Property Description

NOTE: This property description may be a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Volusia County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range information or the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property descriptions found on this site.

| Legal Description | lage Group | nship-Range Section | Subdivision-Block Lot | Date Created |
|---|---|---|---|---|
| 38-15-33 W 129 FT OF E 174 FT OF N 50FT OF S 150 FT OF LOT 8 BLK 11 KINGSTON MB 15 PG 194 PER OR 2405 PG 1983 & OR 5389 PG 3139 PER OR 8437 PG 3579 PER OR 8440 PG 1902 PER OR 8458 PG 0240 | 204 | 15 - 33 - 38 | 01 - 11 - 0090 | 21-FEB 19 |

## Permit Summary

NOTE: Permit data does not originate from the Volusia County Property Appraiser's office. For details or questions concerning a permit, please contact the building department of the tax district in which the property is located.

| Date | Number | Description | Amount |
|---|---|---|---|



**Volusia County Property Appraiser**
123 W. Indiana Ave., Rm. 102

## Property Summary

**Alternate Key:**
**Parcel ID:**
**Township-Range-Section:** 15 - 33 - 38
**Subdivision-Block-Lot:** 0  - 11 - 0085
**Owner(s):** LAD TRUST HOLDINGS LLC - TIC - Tenancy in Common - 90%
HERMAN JASON - TIC   Tenancy   Co     o    10%
   ing
549 MULBERRY ST
DAYTONA BEACH FL 32114
**Physical Address:** N SEGRAVE ST, DAYTONA BEACH 32114
**Building Count:** 1
**Neighborhood:** 7213 - DAYTONA BEACH- S OF MASON AV
**Subdivision Name:**
**Property Use:** 1000 - VACANT COMM
**Tax District:** 204-DAYTONA BEACH
**2024 Final Millage Rate:** 18.1345
**Homestead Property:** No
**Agriculture Classification:** No
**Short Description:** N 50 FT OF S 200 FT OF E 174 FT LOT 8 BLK 11 KINGSTON PER OR 2495 PG 0889 PER OR 6582 PG 494 P         43      3579     R OR 8440 PG 1902 PER OR 8458 PG 0240

## Property Values

| Tax Year: | 2025 Working | 2024 Final | 2023 Final |
|---|---|---|---|
| Valuation Method: | 1-Market Oriented Cost | 1-Market Oriented Cost | 1-Market Oriented Cost |
| Improvement Value: | $11,871 | $12,286 | $10,057 |
| Land Value: | $23,490 | $23,490 | $22,185 |
| Just/Market Value: | $35,361 | $35,776 | $32,242 |

## Working Tax Roll Values by Taxing Authority

**Values shown below are the 2025 WORKING TAX ROLL VALUES that are subject to change until certified. Mi  lag Rates below that are used in the calculation of the Estimated Taxes are the 2024 FINAL MILLAGE RATES.** The Just/Market listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | | Just/Market Value | Assessed Value | Ex/10CAP | Taxable Value | Millage Rate | Estimated Taxes |
|---|---|---|---|---|---|---|---|
| 0017 | CAPITAL IMPROVEMENT | $35,361 | $35,361 | $0 | $35,361 | 1.5000 | $53.04 |
| 0012 | DISCRETIONARY | $35,361 | $35,361 | $0 | $35,361 | 0.7480 | $26.45 |
| 0011 | REQ LOCAL EFFORT | $35,361 | $35,361 | $0 | $35,361 | 3.0370 | $107.39 |
| 0050 | GENERAL FUND | $35,361 | $35,361 | $0 | $35,361 | 3.2007 | $113.18 |
| 0053 | LAW ENFORCEMENT FUND | $35,361 | $35,361 | $0 | $35,361 | 1.5994 | $56.56 |
| 0055 | LIBRARY | $35,361 | $35,361 | $0 | $35,361 | 0.3891 | $13.76 |
| 0520 | MOSQUITO CONTROL | $35,361 | $35,361 | $0 | $35,361 | 0.1647 | $5.82 |
| 0530 | PONCE INLET PORT AUTHORITY | $35,361 | $35,361 | $0 | $35,361 | 0.0692 | $2.45 |
| 0058 | VOLUSIA ECHO | $35,361 | $35,361 | $0 | $35,361 | 0.2000 | $7.07 |
| 0057 | VOLUSIA FOREVER | $35,361 | $35,361 | $0 | $35,361 | 0.2000 | $7.07 |
| 0065 | FLORIDA INLAND NAVIGATION DISTRICT | $35,361 | $35,361 | $0 | $35,361 | 0.0288 | $1.02 |
| 0100 | HALIFAX HOSPITAL AUTHORITY | $35,361 | $35,361 | $0 | $35,361 | 0.7309 | $25.85 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0060 | ST JOHN'S WATER MANAGEMENT DISTRICT | $35,361 | $35,361 | $0 | $35,361 | 0.1793 | $6.34 |
| 0210 | DAYTONA BEACH | $35,361 | $35,361 | $0 | $35,361 | 5.9300 | $209.69 |
| 0211 | DAYTONA BEACH I&S 2004 | $35,361 | $35,361 | $0 | $35,361 | 0.1574 | $5.57 |
| | | | | | | 18.1345 | $641.25 |

### Non-Ad Valorem Assessments

| Project | #Units | Rate | Amount |
|---|---|---|---|

|  |  |
|---|---|
| Estimated Ad Valorem Tax: | $641.25 |
| Estimated Non-Ad Valorem Tax: | $0.00 |
| **Estimated Taxes:** | **$641.25** |
| Estimated Tax Amount without SOH/10CAP | $641.25 |

**Where your tax dollars are going:**



- School 29.5%
- County 31.4%
- Other
- Municipality 33.9%

### Previous Years Certified Tax Roll Values

| | Land Value | Impr Value | Just Value | | County Exemptions | nty | ing |
|---|---|---|---|---|---|---|---|
| 2024 | $23,490 | $12,286 | $35,776 | $35,776 | $0 | $35,776 | $0 |
| 2023 | $22,185 | $10,057 | $32,242 | $32,242 | $0 | $32,242 | $0 |
| 2022 | $21,315 | $8,398 | $29,713 | $29,574 | $0 | $29,574 | $0 |
| 2021 | $19,575 | $7,310 | $26,885 | $26,885 | $0 | $26,885 | $0 |
| 2020 | $19,575 | $7,188 | $26,763 | $26,763 | $0 | $26,763 | $0 |
| 2019 | $19,575 | $6,946 | $26,521 | $26,521 | $0 | $26,521 | $0 |
| 2018 | $19,575 | $6,946 | $26,521 | $26,521 | $0 | $26,521 | $0 |
| 2017 | $19,575 | $6,722 | $26,297 | $26,297 | $0 | $26,297 | $0 |
| 2016 | $19,575 | $6,428 | $26,003 | $26,003 | $0 | $26,003 | $0 |

### Land Data

| # | Land Use | Ag | Type | Units | Acres | Sq Feet | FF | Depth | Rate | Just Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1000-VACANT COMMERCIAL | N | S-SQUARE FEET | | | 8,700 | | | 2.70 | $23,490 |
| | | | | | | | | | Total Land Value: | $23,490 |

### Miscellaneous Improvement(s)

| # | Type | Year | Area | Units | L x W | Depreciated Value |
|---|---|---|---|---|---|---|
| 1 | PVC-PAVING CONCRETE | 1996 | 4,320 | 1 | 72 x 60 | $11,871 |
| | | | | | Total Miscellaneous Value: | $11,871 |

### Sales History

NOTE: This section is not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description and/or recorded and indexed with the Clerk of the Court.

| Book/Page | Instrument No. | Sale at | Deed Type | Qualified/Unqualified | Vacant/Improved | Sale ce |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 8458 / 0240 | 0 | 09/07/2023 | QC-QUIT CLAIM DEED | MULTI-PARCEL | VACANT | $71,000 |
| 8440 / 1902 | | 07/26/2023 | WD-WARRANTY DEED | MULTI-PARCEL | VACANT | $490,000 |
| 8437 / 3579 | | 07/21/2023 | WD-WARRANTY DEED | MULTI-PARCEL | VACANT | $40,000 |
| 6582 / 0494 | 5 | 11/03/2010 | QC-QUIT CLAIM DEED | UNQUALIFIED | VACANT | $100 |
| 4031 / 306 | 1 | 07/15/1995 | WD-WARRAN Y DEED | UNQUAL FIED | VACAN | $100 |
| 495 / 0889 | | 09/15/1983 | | UNQU | AC | $100 |

## Property Description

NOTE: This property description may be a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Volusia County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range information or the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property descriptions found on this site.

| Legal Description | Millage Group | Township-Range Section | Subdivision-Block-Lot | Date Created |
|---|---|---|---|---|
| N 50 FT OF S 200 FT OF E 174 FT LOT 8 BLK 11 KINGSTON PER OR 2495 PG 0889 PER OR 6582 PG 494 PER OR 8437 PG 3579 PER OR 8440 PG 1902 PER OR 8458 PG 0240 | 204 | 15 - 33 - 38 | 01 - 11 - 0085 | 29-DEC 81 |

## Permit Summary

NOTE: Permit data does not originate from the Volusia County Property Appraiser's office. For details or questions concerning a permit, please contact the building department of the tax district in which the property is located.

| Date | Number | Description | Amount |
|---|---|---|---|



**Volusia County Property Appraiser**
123 W. Indiana Ave., Rm. 102

## Property Summary

| | |
|---|---|
| **Alternate Key:** | |
| **Parcel ID:** | |
| **Township-Range-Section:** | 15 - 33 - 38 |
| **Subdivision-Block-Lot:** | 0  - 11 - 0083 |
| **Owner(s):** | LAD TRUST HOLDINGS LLC - TIC - Tenancy in Common - 90% |
| | HERMAN JASON - TIC   Tenancy   Co    o    10% |
| ing | 549 MULBERRY ST |
| | DAYTONA BEACH FL 32114 |
| **Physical Address:** | 330 MADISON AVE, DAYTONA BEACH 32114 |
| **Building Count:** | 1 |
| **Neighborhood:** | 7033 - BARS & NIGHTCLUBS |
| **Subdivision Name:** | |
| **Property Use:** | 3300 - NIGHT CLUBS |
| **Tax District:** | 204-DAYTONA BEACH |
| **2024 Final Millage Rate:** | 18.1345 |
| **Homestead Property:** | No |
| **Agriculture Classification:** | No |
| **Short Description:** | E 45 FT OF W 129 FT OF E 174 FT OF S 100 FT OF LOT 8 BLK 11 |
| | KINGSTON PER OR 2061 PG 38 PER OR 7798 PG 1411 PER OR 7799 P |
| | G 0088 PER OR 8437 PG 3584 PER OR 8440 PG 1902 PER OR 8458 P |

## Property Values

| Tax Year: | 2025 Working | 2024 Final | 2023 Final |
|---|---|---|---|
| **Valuation Method:** | 1-Market Oriented Cost | 1-Market Oriented Cost | 1-Market Oriented Cost |
| **Improvement Value:** | $119,715 | $120,805 | $132,849 |
| **Land Value:** | $15,750 | $15,750 | $13,500 |
| **Just/Market Value:** | $135,465 | $136,555 | $146,349 |

## Working Tax Roll Values by Taxing Authority

**Values shown below are the 2025 WORKING TAX ROLL VALUES that are subject to change until certified. Mi lag Rates below that are used in the calculation of the Estimated Taxes are the 2024 FINAL MILLAGE RATES.** The Just/Market listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | | Just/Market Value | Assessed Value | Ex/10CAP | Taxable Value | Millage Rate | Estimated Taxes |
|---|---|---|---|---|---|---|---|
| 🔵 0017 | CAPITAL IMPROVEMENT | $135,465 | $135,465 | $0 | $135,465 | 1.5000 | $203.20 |
| 🔵 0012 | DISCRETIONARY | $135,465 | $135,465 | $0 | $135,465 | 0.7480 | $101.33 |
| 🔵 0011 | REQ LOCAL EFFORT | $135,465 | $135,465 | $0 | $135,465 | 3.0370 | $411.41 |
| 🟢 0050 | GENERAL FUND | $135,465 | $135,465 | $0 | $135,465 | 3.2007 | $433.58 |
| 🟢 0053 | LAW ENFORCEMENT FUND | $135,465 | $135,465 | $0 | $135,465 | 1.5994 | $216.66 |
| 🟢 0055 | LIBRARY | $135,465 | $135,465 | $0 | $135,465 | 0.3891 | $52.71 |
| 🟢 0520 | MOSQUITO CONTROL | $135,465 | $135,465 | $0 | $135,465 | 0.1647 | $22.31 |
| 🟢 0530 | PONCE INLET PORT AUTHORITY | $135,465 | $135,465 | $0 | $135,465 | 0.0692 | $9.37 |
| 🟢 0058 | VOLUSIA ECHO | $135,465 | $135,465 | $0 | $135,465 | 0.2000 | $27.09 |
| 🟢 0057 | VOLUSIA FOREVER | $135,465 | $135,465 | $0 | $135,465 | 0.2000 | $27.09 |
| 🔴 0065 | FLORIDA INLAND NAVIGATION DISTRICT | $135,465 | $135,465 | $0 | $135,465 | 0.0288 | $3.90 |
| 🔴 0100 | HALIFAX HOSPITAL AUTHORITY | $135,465 | $135,465 | $0 | $135,465 | 0.7309 | $99.01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0060 | ST JOHN'S WATER MANAGEMENT DISTRICT | $135,465 | $135,465 | $0 | $135,465 | 0.1793 | $24.29 |
| 0210 | DAYTONA BEACH | $135,465 | $135,465 | $0 | $135,465 | 5.9300 | $803.31 |
| 0211 | DAYTONA BEACH I&S 2004 | $135,465 | $135,465 | $0 | $135,465 | 0.1574 | $21.32 |
| | | | | | | 18.1345 | $2,456.59 |

## Non-Ad Valorem Assessments

| Project | #Units | Rate | Amount |
|---|---|---|---|

| | |
|---|---|
| Estimated Ad Valorem Tax: | $2,456.59 |
| Estimated Non-Ad Valorem Tax: | $0.00 |
| **Estimated Taxes:** | **$2,456.59** |
| Estimated Tax Amount without SOH/10CAP | $2,456.59 |

**Where your tax dollars are going:**



- School: 29.5%
- County: 31.4%
- Other
- Municipality: 33.9%

## Previous Years Certified Tax Roll Values

| | Land Value | Impr Value | Just Value | | County Exemptions | unty | ing |
|---|---|---|---|---|---|---|---|
| 2024 | $15,750 | $120,805 | $136,555 | $136,555 | $0 | $136,555 | $0 |
| 2023 | $13,500 | $132,849 | $146,349 | $125,654 | $0 | $125,654 | $0 |
| 2022 | $13,500 | $121,127 | $134,627 | $114,231 | $0 | $114,231 | $0 |
| 2021 | $13,500 | $90,346 | $103,846 | $103,846 | $0 | $103,846 | $0 |
| 2020 | $10,125 | $116,305 | $126,430 | $126,430 | $0 | $126,430 | $0 |
| 2019 | $10,125 | $74,158 | $84,283 | $58,971 | $0 | $58,971 | $0 |
| 2018 | $10,125 | $72,472 | $82,597 | $53,610 | $0 | $53,610 | $0 |
| 2017 | $10,125 | $70,396 | $80,521 | $48,735 | $0 | $48,735 | $0 |
| 2016 | $10,125 | $67,479 | $77,604 | $44,305 | $0 | $44,305 | $0 |

## Land Data

| # | Land Use | Ag | Type | Units | Acres | Sq Feet | FF | Depth | Rate | Just Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3300-NIGHT CLUB | N | S-SQUARE FEET | | | 4,500 | | | 5.00 | $15,750 |

| | |
|---|---|
| **Total Land Value:** | **$15,750** |

## Building(s) - Commercial

### Card (Bldg) #1

| | | | |
|---|---|---|---|
| **Structure Code:** | C - CONCRETE/MASONRY | **Base RCN** | $377,890 |
| **Class:** | - | **Percent Good** | 33 % |
| **Grade:** | 300 | **Total RCNLD** | $124,703 |
| **Built / Effective Year:** | 1945 / 1979 | **Market (NBHD) Factor** | .96 |
| **Total / Business Area** | 3786 / 3290 | **Cost Value** | $119,715 |

**Summary of Commercial Sections Data**

| Line # | From-To Floor | Section Finish | Stories | Area | Total Area | Business Area | Year Blt |
|---|---|---|---|---|---|---|---|
| 1 | 01 -02 | 12C - RESID. PART COMM BLDG VG | 2 | 585 | 1,170 | 1,170 | |
| 2 | 01 -02 | 33D - TAVERN | 2 | 585 | 1,170 | 1,170 | |
| 3 | 01 -01 | 33D - TAVERN | 1 | 700 | 700 | 700 | |
| 4 | 01 -01 | FOP - PORCH, OPEN FINISHED | 1 | 100 | 100 | N/A | |
| 5 | 01 -01 | 48C - WAREHOUSE | 1 | 250 | 250 | 250 | |
| 6 | 01 -0 | FOP - PORCH, OPEN FINISHED | 1 | 198 | 198 | N/A | |
| 7 | 01 -01 | FOP - PORCH, OPEN FINISHED | 1 | 198 | 198 | N/A | |
| | | | | | 3,786 | 3,290 | |



### Miscellaneous Improvement(s)

| # | Type | Year | Area | Units | L x W | Depreciated Value |
|---|---|---|---|---|---|---|
| | | | | Total Miscellaneous Value: | | $0 |

### Sales History

NOTE: This section is not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description and/or recorded and indexed with the Clerk of the Court.

| Book/Page | Instrument No. | Sale Date | Deed Type | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|---|
| 8458 / 400 / | | 09/07/2023 7/ 6/ | QC-Q  C | RC | RO | $ 1,00 $ 0, |
| 8437 / 3584 | 2023151910 | 07/21/2023 | WD-WARRANTY DEED | QUALIFIED | IMPROVED | $160,000 |
| 7799 / 0088 | 2020004952 | 12/31/2019 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $149,900 |
| 7798 / 1411 | 2020003749 | 12/31/2019 | WD-WARRANTY DEED | QUALIFIED | IMPROVED | $147,000 |
| 5389 / 3139 | 2004215407 | 08/20/2004 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $195,000 |
| 4031 / 3067 | 1995125059 | 07/15/1995 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $100 |
| 2061 / 0038 | | 03/15/1979 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $22,000 |

**Property Description**

NOTE: This property description may be a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Volusia County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range information or the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property descriptions found on this site.

| Legal Description | Millage Group | Township-Range Section | Subdivision-Block-Lot | Date Created |
|---|---|---|---|---|
| E 45 FT OF W 129 FT OF E 174 FT OF S 100 FT OF LOT 8 BLK 11 KINGSTON PER OR 2061 PG 38 PER OR 7798 PG 1411 PER OR 7799 PG 0088 PER OR 8437 PG 3584 PER OR 8440 PG 1902 PER OR 8458 PG 0240 | | 15 - 33 - 38 | | 29-DEC 81 |

**Permit Summary**

NOTE: Permit data does not originate from the Volusia County Property Appraiser's office. For details or questions concerning a permit, please contact the building department of the tax district in which the property is located.

| Date | Number | Description | Amount |
|---|---|---|---|